# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3618

_____

| | | |
|---|---|---|
| Troy R. Elliott, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Jeff Atkinson, Jr., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: November 29, 2002
Filed: December 3, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Arkansas inmate Troy R. Elliott appeals the district court's[1] pre-service
dismissal of his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we
conclude the district court properly dismissed the complaint as frivolous for the

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the
Western District of Arkansas, adopting the report and recommendations of the
Honorable Beverly Stites Jones, United States Magistrate Judge for the Western
District of Arkansas.

reasons that the court discussed.  Accordingly, we affirm the judgment.  <u>See</u> 8th Cir.
R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.